1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN SBN 154279
2  WILLIAM REILLY SBN 177550
   1051 Divisadero Street
3  San Francisco, CA 94115
   Telephone: (415) 561-8440
4  Facsimile:  (415) 561-8430

5  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA
6
   DAYMON FERGUSON SBN 207053
7  **SPRADLIN & FERGUSON**
   500 E. Calaveras Blvd. #203
8  Milpitas, CA 95035
9  Telephone: (408) 262-0409
   Facsimile:  (408) 262-3402
10
   Attorneys for Plaintiff
11 LINDA O'CONNELL

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15 LINDA O'CONNELL,                  | Case No.:  3:14-cv-00869 JST

                Plaintiff,           | **STIPULATION FOR PLAINTIFF TO FILE
16         v.                        | AN AMENDED COMPLAINT ON OR
                                     | BEFORE MAY 28, 2014 AND THE
17 UNUM LIFE INSURANCE COMPANY OF    | PARTIES TO FILE THEIR JOINT CASE
   AMERICA,                          | MANAGEMENT STATEMENT ON OR
18                                   | BEFORE MAY 29, 2014 FOR THE JUNE 4,
                Defendant.           | 2014 CONFERENCE;** ~~[PROPOSED]~~
19                                   | **ORDER**

20

21       IT IS HEREBY STIPULATED by and between the parties hereto through their

22 respective attorneys that plaintiff LINDA O'CONNELL will file her amended complaint stating

23 a single claim for benefits under ERISA, 29 U.S.C. § 1001, *et seq*. on or before May 28, 2014,

24 and for the parties to file their Joint Case Management Statement on or before May 29, 2014 for

25 the June 4, 2014 Case Management Conference.

26

27
                                              1
28 STIPULATION FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT ON OR BEFORE
        MAY 28, 2014 AND THE PARTIES TO FILE THEIR JOINT CASE MANAGEMENT
        STATEMENT ON OR BEFORE MAY 29, 2014 FOR THE JUNE 4, 2014 CONFERENCE
                                   3:14-cv-00869 JST

1  GOOD CAUSE exists because plaintiff's counsel's mother has recently had a series of
2  cardiac incidents that required him to spend a lot of time in hospitals.

3
4                                          **RIMAC MARTIN, P.C.**

5  DATED:  May 21, 2014                    By:  */s/ William Reilly*
                                            WILLIAM REILLY
6                                           Attorneys for Defendant
                                            UNUM LIFE INSURANCE COMPANY OF
7                                           AMERICA

8                                          **LAW OFFICES OF SPRADLIN & FERGUSON**

9  DATED:  May 21, 2014                    By:  */s/ Daymon M. Ferguson*
10                                          DAMON M. FERGUSON
                                            Attorney for Plaintiff
11                                          LINDA O'CONNELL

12  **IT IS SO ORDERED:**

13  Dated: May 22, 2014

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

2
STIPULATION FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT ON OR BEFORE
MAY 28, 2014 AND THE PARTIES TO FILE THEIR JOINT CASE MANAGEMENT
STATEMENT ON OR BEFORE MAY 29, 2014 FOR THE JUNE 4, 2014 CONFERENCE
3:14-cv-00869 JST